**CRIMINAL COMPLAINT**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Shirley Trinity Inzunza<br>DOB: xx/xx/1994<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**16-05780MJ** |

Complaint for violation of Title 22, United States Code § 2778

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about July 4, 2016, at or near Nogales, in the District of Arizona, **Shirley Trinity INZUNZA** did knowingly and willfully attempt to export and cause to be exported from the United States into the Republic of Mexico, a defense article, that is, approximately 10,000 rounds of .223 caliber ammunition, which was designated as a defense article on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, in violation of 22 U.S.C. 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On July 4, 2016, **Shirley Trinity INZUNZA** attempted to depart the United States through the Mariposa Port of Entry in Nogales, Arizona, into the Republic of Mexico. INZUNZA was the driver, sole occupant, and registered owner of a 2002 Dodge Neon, bearing Arizona license plate BVT3468, attempted to enter Mexico, from the United States via the Mariposa Port of Entry in Nogales, Arizona. During a secondary inspection, Customs and Border Protection (CBP) officers discovered a total of 10 boxes containing approximately 10,000 individual rounds of .223 caliber ammunition in the trunk of the vehicle.

During a post-*Miranda* interview, after waiving her *Miranda* rights, **INZUNZA** admitted that she had agreed to pick up the ammunition and transport it to Mexico. She had taken a shuttle to Phoenix, where a man gave her two large and heavy suitcases, which she knew contained ammunition. She brought the bags back on the shuttle to Nogales, Arizona, where another man helped her load the bags into her car. She admitted that she had agreed to smuggle ammunition once a month, and that she was going to be paid $500 each time she delivered the ammunition from the United States to Mexico. She never presented a license from the Department of State to export a defense article.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Anna Dronzek<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Special Agent Christopher W. Cutler<br>HSI Investigations |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>July 5, 2016 |

[1)] See Federal rules of Criminal Procedure Rules 3 and 54